Leon Allen Bryant 405734
Name and Prisoner/Booking Number

Watkins
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JAN 0 4 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

PHOENIX POLICE DEPARTMENT,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) PHOENIX POLICE DEPARTMENT,
(Full Name of Defendant)

(2) MARICOPA COUNTY SHERRIFS DETENTION STAFF,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-00026-PHX-DGC (CDB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____.

2. Institution/city where violation occurred: Maricopa County Sheriffs I.T.R. Phoenix.

3.

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: **PHOENIX POLICE DEPARTMENT**. The first Defendant is employed as: **POLICE OFFICERS** at **PHOENIX POLICE DEPARTMENT**.
   (Position and Title)                    (Institution)

2. Name of second Defendant: **M.C.S.O DETENTION STAFF**. The second Defendant is employed as: **DETENTION OFFICER** at **M.C.S.O INTAKE AND RELEASE CENTER**.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: __4TH Amendment__
   __Illegal Arrest and Illegal Detention__

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☒ Excessive force by an officer  ☐ Threat to safety  ☒ Other: __Illegal arrest and detention__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was cited for obstructing an alley way, after I had explained to Phoenix P.D. on 11/6/23 that I had just been jumped in a attempt to rob me and was just getting done gathering my things due to the fact that I am homeless, I also mentioned that I was running late to a court date that I had at 9:30 am that morning, to which I had called the court and advised them to my situation to which I was told I had until five pm the end of business hours that day to report to the courthouse to be reissued another court date. It was approximately 3:00 pm when I was contacted by Phoenix even after making them aware of my situation, they charged me with obstructing the alley way and said they ran my name, which I never said to the place and told that I did. I was told by them I had a warrant for failure to appear for missing a court that one day, even though I was advised by whom I spoke with at courthouse when I called I had until five p.m. that day to show up before a warrant would populate for me. At that time I was handcuffed and arrested, without being Mirandarized, not threw out the whole process was I ever read my Miranda rights (see attached)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1. I have been illegally detained as well as arrested without proper verification
   2. I have had my safety placed in danger
   3. I have sustained a shoulder injury to which I am receiving physical therapy

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

D. CAUSE OF ACTION (Attachment) of 1/3

3. Supporting Facts.

Count I    Nor was I asked my birthdate or Social Security number. Once I Leon Allen Bryant was transported to the Phoenix Police Departments Intake and Booking Station on Central ave and Elwood. I was never taken inside to be booked in or "fingerprinted" which is the standard set forth for verification by the State of Arizona as well as The Federal Government and The Department of Public Safety. Phoenix P.D took me into custody, never verifying that I was the person of warrant for which they sought, therefore illegally detaining me and after being held in the back seat of their Police cruiser until after five p.m and the warrant populated I was then transferred to Maricopa county jail Intake and Release center where I was never uncuffed and placed in a iso- lation cell and handcuffed to the bench where I sat still behind my back until about eleven p.m that same night without having been permitted access to water or use of the restroom facilities, once I was removed from that holding cell I was photographed then went to court on behalf of Leon Bryant born on 10/22/1927 which is the same Leon Bryant who was sought on the warrant released by the Honorable Judge Kemp's Court room and which was the Date of Birth in the Courts ATMS file

D. CAUSE OF ACTION (Attachment) 2 of 3

Count I   3. Supporting Facts

when in fact I am Leon Allen Bryant born on 08/31/1977.

## COUNT II

1. State the constitutional or other federal civil right that was violated: I have had my safety placed in danger due to lack of verification and proper classification

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☒ Threat to safety ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Once I was allowed to appear to two separate court hearings on behalf of Leon Bryant 10/02/1977. I was Immediately moved by Maricopa County Sheriff's Office Detention staff to General Population housing due to the fact, that I was never finger printed not only for identification purposes as well as verification but also classification had they done so the Maricopa County Sheriff's office would have realized that I Leon Allen Bryant born 08/31/1977 had been in custody a few times, just this summer and was never housed in General Population due to it being a danger to my safety. Seeing how the Phoenix P.D. nor The Maricopa County Sheriff's office ever took time to verify as well as properly classify me, and I am not Leon Bryant born 10/02/1977, and had it not been for the Honorable Judge Chuck Roy Whitehead realizing the difference in the date of birth and changing it in the County ATMS system. I would still be falsely identified as Leon Bryant born 10/02/1977. With this being said, I claim that due to lack of verification (see attached)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My safety has been in danger since being classified wrong upon entrance to this facility, due a lack of verification due to the fact I was never finger printed

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I didn't believe it to be safe to write this on a inmate site grievance when detention officers put forth no effort to safe guard these documents from the eyes of other inmate population.

4

D. CAUSE OF ACTION (Attachment) 3/of 3
3. Supporting Facts
   Count II

I have been arrested without just cause, illegaly detained, as well as have had my life placed in danger due to my classification.

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Cruel and unusual Punishment / CAT</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☒ Excessive force by an officer ☐ Threat to safety ☐ Other:___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   As a result of being handcuffed behind my back for eight hours or more straight I have sustained a right shoulder injury, who the physical therapist here at Watkins jail believes to possibly be a rip in my tendon. I claim that the actions or the lack there of by the Phoenix P.D. as well as the Maricopa County Sherriff's Office Detention Staff, by leaving me handcuffed in that penned down position as well as not allowing me access to water nor food constitutes cruel and unusual punishment as well as Torture.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have sustained a shoulder injury to which I am currently receiving physical theraphy for

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   3. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E.  REQUEST FOR RELIEF

State the relief you are seeking: _I am seeking monetary relief in the form of $377,000.00_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/14/2023__    _[signature]_
                DATE                                                         SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**December 28, 2023**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  A7879
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009